

## NUMBER 13-10-00362-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

WALTER WOMACK,                                                    APPELLANT,

v.

HOWARD ROSS, ALTON ROSS AND
GWENDOLYN ROSS,                                                  APPELLEES.

### On appeal from the 377th District Court
### of Victoria County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Vela
Memorandum Opinion Per Curiam**

Appellant, Walter Womack, perfected an appeal from a judgment entered by the

377th District Court of Victoria County, Texas, in cause number 03-2-59,226-D. The

appellant has filed an agreed motion to dismiss on grounds that the parties have entered

into a compromise settlement agreement resolving their differences. The appellant requests that this Court dismiss this case.

The Court, having considered the documents on file and the agreed motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The agreed motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed 23rd
day of November, 2010.